■ In the Matter of MAX M. GOLDBERG, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— In a proceeding to discipline respondent, an attorney, for professional misconduct, petitioner moves to confirm the report of the Justice of the Supreme Court to whom the issues had been referred for hearing. The Justice, after hearings, has found respondent guilty of professional misconduct, in that: (a) he misappropriated and converted clients' funds; (b) he procured an invalid "Mexican Divorce" for a nonresident and then failed to refund his fee in accordance with his agreement; (c) he was guilty of neglect in the protection of his clients' rights and interests entrusted to him; and (d) he agreed to share the fees of his law practice with one who was not a member of the Bar of this State. The motion is granted; the findings of the Justice are confirmed in toto; and the respondent is disbarred and his name ordered to be struck from the roll of attorneys, effective May 20, 1963. Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

## THIRD DEPARTMENT, APRIL, 1963

## (April 4, 1963)

■ In the Matter of the Claim of WALTER SZWECZUK, Appellant, v. BETHLEHEM STEEL COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— In this claimant's appeal from a decision of the Workmen's Compensation Board denying application for settlement of a shortened record on appeal, there is no demonstration that a consideration of the entire record is not necessary for adequate review on appeal. Although claimant argued a shortened record would be sufficient, the board has found "that the entire record is pertinent to the issues" and we accept that finding. Since permission has been granted claimant to appeal as a poor person, such aid as may be reasonable should be afforded to him by the board in getting together the required papers for the appeal. Decision unanimously affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.